## MARCK v. SUPREME LODGE KNIGHTS OF HONOR.

*(Circuit Court, S. D. New York.   February 14, 1887.)*

BENEFIT ASSOCIATION — KNIGHTS OF HONOR—EXPULSION—DEATH PENDING AP-
  PEAL—REVERSAL.
    A member of a lodge of the Knights of Honor was expelled by his lodge, and
    appealed to the grand dictator.   Pending the appeal he died.   Subsequently
    the judgment of expulsion was reversed by the grand dictator, he was rein-
    stated by vote of the lodge, and his assessments due up to the time of his
    death were received.   *Held,* following the analogy of the common law and of
    the law of the order, as held by its supreme dictator, that the appeal did not
    abate by the death of the member, and his benefit should be paid.

At Law,
*Charles Steckler,* for plaintiff.
*Morris Goodhart,* for defendant.

SHIPMAN, J.   Gisbert W. Marck, a member of German Oak Lodge
Knights of Honor, was expelled from the lodge on April 8, 1884, ap-
pealed to the grand dictator from said sentence, of which appeal said
lodge had notice, and died on April 25, 1884, pending said appeal.   Sub-
sequently the grand dictator set aside the judgment of expulsion.   Marck
was reinstated by vote of the lodge, and the dues and assessments which
were due up to the date of his death were received.   No appeal was ever
taken from the vote of reinstatement.

If the analogies of the common law are to be regarded, the appeal did
not abate by the death of Marck.   *Green* v. *Watkins,* 6 Wheat. 260.   By
the reversal of the sentence of expulsion, and by the action of the lodge,
he was reinstated as at the date of his expulsion, and was entitled to his
benefit.   It may be added that such was, at the time, the law of the or-
der, which had held, by its supreme dictator, that if a decision of ex-
pulsion was reversed on final appeal, the appellant stands a member as
if there had been no such judgment, and he must pay all back dues and
assessments; and if, pending the appeal, he dies, has regularly tendered
his dues and assessments, and, after death, the appeal is decided in his
favor, his benefit will be paid as one who died in good standing, less the
amount of his tendered and unpaid dues and assessments.

The motion for a new trial is denied.